# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DAVID WILLIAM NAIL
*also known as*
DAVID W NAIL

        Plaintiff

  v.

Civil Action No. 1:23-cv-247

SCOTT LEE TARLTON
*also known as*
SCOTT L. TARLTON

BRENT PARSON
*TERMINATED: 09/12/2023*

BLUFFTON REGIONAL MEDICAL CENTER
*(BRMC)*

JULIE THOMPSON
*BRMC Chief Administrative Officer (CAO)*

        Defendants

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: <u>This case is DISMISSED.</u>

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has
rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Gretchen S. Lund on Defendant's Motion to Dismiss.

DATE: 7/30/2024                    CHANDA J. BERTA, CLERK OF COURT


                                   by  s/ S. Jarrell
                                   *Signature of Clerk or Deputy Clerk*